UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19-cr-62-HSM-SKL-3 |
| v. | ) | |
| | ) | |
| VIVIAN GUTIERREZ | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One and Count Two of the two-count Superseding Indictment; (2) accept Defendant's plea of guilty to Count One and Count Two of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One and Count Two of the Superseding Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 80]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 80] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)    Defendant's motion to withdraw her not guilty plea to Count One and Count Two of the Superseding Indictment is **GRANTED**;

(2)    Defendant's plea of guilty to Count One and Count Two of the Superseding Indictment is **ACCEPTED**;

(3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Two of the Superseding Indictment;

(4)    A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **March 13, 2020 at 2:00 p.m. [EASTERN]** before a

District Judge.

**SO ORDERED.**

**ENTER:**


_/s/ Harry S. Mattice, Jr._
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE